IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

GERALD WERGIN
and
WERGIN GROUP, LLC,

    Plaintiffs,

v.                    Case No.:

GUERRA WILSON GROUP, LLC
NICHOLAS WILSON
and
SUMMER GUERRA,

    Defendants.

## COMPLAINT

### PRELIMINARY STATEMENT

1. This action is brought by plaintiffs, Gerald Wergin and Wergin Group, LLC, for unpaid commissions and for failure to repay loans made by Wergin to the defendants.

2. Wergin Group, LLC acted as an independent contractor and provided services to Guerra Wilson Group, LLC at all times material hereto.

3. Wergin Group, LLC and Wergin provided monetary loans to Guerra Wilson Group, LLC in order for Guerra Wilson Group, LLC to make payroll and commission payments to Guerra Wilson Group, LLC employees Andrea Salzmann, Stephanie Pritchard and Benjamin Sanders.

4. Salzmann, Pritchard and Sanders commenced litigation against Guerra Wilson Group, LLC and Nicholas Wilson in federal court in Case No. 22-CV-894 and ultimately received monetary judgments against both Guerra Wilson Group, LLC and Nicholas Wilson.

5. Salzmann, Pritchard and Sanders also sued Wergin in Case No. 22-CV-894 and Wergin was ultimately dismissed from that action without any liability.

## JURISDICTION AND VENUE

6. This court has original jurisdiction under 28 U.S.C. §1332 as there is diversity of citizenship among the parties and the matter in controversy exceeds $75,000.00.

7. Venue in this particular district is proper pursuant to 28 U.S.C. §1391(b) and (c) because a substantial part of the events or omissions giving rise to the claims occurred in this district and because defendants had substantial and systematic contacts in this district by entering into a contract with Wergin Group, LLC in this district.

## PARTIES

8. Defendant, Guerra Wilson Group, LLC, is a foreign limited liability company with its principal place of business located at 6401 Eldorado Pkwy, Suite 209, McKinney, Texas 75070. Defendant, Guerra Wilson Group, LLC, entered into an independent contractor relationship with Wergin Group, LLC.

9. Defendant, Nicholas Wilson, is a resident of the State of Texas with his domicile located at 2820 Cedar Ridge Drive, McKinney, Texas 75072.

10. Defendant, Summer Guerra, is a resident of the State of Texas with her domicile located at 2921 Hidden Forest Dr, McKinney, Texas 75072.

2

11. Plaintiff, Gerald Wergin, is a resident of the State of Wisconsin with his domicile located at 225985 Deer Tail Lane, Wausau, Wisconsin 54401.

12. Plaintiff, Wergin Group, LLC, is a Wisconsin limited liability company with its principal place of business located at 225985 Deer Tail Lane, Wausau, Wisconsin 54401.

**GENERAL ALLEGATIONS**

13. Guerra Wilson Group, LLC entered into a contract with Wergin Group, LLC pursuant to which Wergin Group, LLC would provide managerial services to Guerra Wilson Group, LLC.

14. Nicholas Wilson and Summer Guerra, at all times material hereto, were the members of Guerra Wilson Group, LLC and exercised complete control over that company.

15. Guerra Wilson Group, LLC engaged in substantial business in the State of Wisconsin and in Brown County, Wisconsin.

16. Guerra Wilson Group, LLC breached its contract with Wergin Group, LLC by not paying Wergin Group, LLC for services rendered.

17. Both Nicholas Wilson and Summer Guerra exerted control over Guerra Wilson Group, LLC and controlled whether Guerra Wilson Group, LLC would pay Wergin Group, LLC.

18. Wilson and Guerra's conduct, as set forth herein, was willful, dilatory and unjust and caused substantial damages to Wergin Group, LLC.

19. It is established that Guerra Wilson Group, LLC, controlled by Wilson and Guerra, failed to pay wages and commissions to Salzmann, Pritchard and Sanders as documented in Case No. 22-CV-894.

20. Wergin Group, LLC did manage employees of Guerra Wilson Group, LLC which included Salzmann, Pritchard and Sanders.

21. Wergin is the sole member of Wergin Group, LLC.

22. Both Wergin Group, LLC and Wergin became aware of the concerns of Salzmann, Pritchard and Sanders.

23. Based on this, Wergin individually, liquidated part of his IRA and borrowed money from family members to obtain money to then give to Salzmann, Pritchard and Sanders for those employees' unpaid wages and commissions.

24. In doing so, Wergin understood that Guerra Wilson Group, LLC, Wilson and Guerra would reimburse him for doing this.

25. Guerra Wilson Group, LLC, Wilson and Guerra failed to reimburse Wergin.

26. Wilson and Guerra's conduct, as set forth herein, was willful, dilatory and unjust and caused significant damages to Wergin.

**FIRST CLAIM FOR RELIEF – BREACH OF CONTRACT**

27. Plaintiffs reassert and incorporate by reference all paragraphs set forth above as if restated herein.

28. Guerra Wilson Group, LLC entered into a valid contract with Wergin Group, LLC.

29. Guerra Wilson Group, LLC promised to pay Wergin Group, LLC for Wergin Group's managerial services.

30. Wergin Group provided the managerial services as promised.

31. Guerra Wilson Group, LLC failed to fully compensate Wergin Group, LLC for the managerial services.

32. Guerra Wilson Group, LLC's conduct constitutes a breach of contract.

33. As a result of this breach, Wergin Group, LLC has suffered damages as itemized below:

| | |
|---|---|
| July 2021 | $18,035.00 |
| August 2021 | $17,100.00 |
| September 2021 | $71,880.00 |
| October 2021 | $17,800.00 |
| November 2021 | $5,000.00 |
| December 2021 | $11,000.00 |
| Total | $123,015.00 |

## SECOND CLAIM FOR RELIEF – UNJUST ENRICHMENT

34. Plaintiffs reassert and incorporate by reference all paragraphs set forth above as if restated herein.

35. As stated, Wergin, individually, liquidated his IRA and borrowed money from family members and gave that money to Salzmann, Pritchard and Sanders.

36. Wergin also gave his individual money to David Hardaway and Redstone Management Group, also to the benefit of Guerra Wilson Group, LLC, Wilson and Guerra.

37. These acts constitute a benefit being given to Guerra Wilson Group, LLC, Wilson and Guerra.

5

38. Guerra Wilson Group, LLC, Wilson and Guerra accepted and appreciated these benefits because otherwise Guerra Wilson Group, LLC, Wilson and Guerra would have been financially responsible for the wages and commissions owed to Salzmann, Pritchard and Sanders.

39. It would be unjust and inequitable for Guerra Wilson Group, LLC, Wilson and Guerra to retain said benefits without compensating Wergin for same.

40. As a result, Wergin is entitled to a money judgment against Guerra Wilson Group, LLC, Wilson and Guerra as itemized below:

| | |
|---|---|
| Payments made to Salzmann | $29,702.00 |
| Payments made to Sanders | $23,650.00 |
| Payments made to Pritchard | $23,734.00 |
| Payment made to Hardaway | $3,850.00 |
| Payments made to Redstone | $19,000.00 |
| Total | $99,936.00 |

WHEREFORE, plaintiffs respectfully request the following relief:

1. Judgment against all defendants and in plaintiff Wergin Group, LLC's favor in the amount of $123,015.00.

2. Judgment against all defendants and in plaintiff Gerald Wergin's favor in the amount of $99,936.00.

3. Any and all applicable costs and attorneys fees.

4. Such further relief as the court deems just and equitable.

Dated this 11th day of November, 2025.

SCHMIDLKOFER, TOTH, LOEB & DROSEN, LLC
Attorneys for Plaintiffs

6

                                                <u>Electronically signed by Basil M. Loeb</u>
                                                Basil M. Loeb
                                                State Bar No.: 1037772

949 Glenview Avenue
Wauwatosa, WI 53213
(414) 259-9300 (Telephone)
(414) 259-9303 (Facsimile)
loeb@lawintosa.com

7

Case 2:25-cv-01803-WED    Filed 11/16/25    Page 7 of 7    Document 2